IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| FIFTH THIRD BANK | ) |
| | ) |
| v. | ) NO. 3-10-0034 |
| | ) JUDGE CAMPBELL |
| WINDHAVEN SHORES, INC., et al. | ) |

ORDER

Pending before the Court is Plaintiff's Motion to Dismiss Robert Phillips Sr. (Docket No. 42). The Motion is GRANTED, and Plaintiff's claims against Defendant Phillips are DISMISSED without prejudice.

All Defendants having now been dismissed, the Clerk is directed to close this file. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　TODD J. CAMPBELL
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE